FILED

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0137

IN THE MONTANA SUPREME COURT

No. DA 21-0137

_____

STATE OF MONTANA,
            Plaintiff and Appellee,

    vs.

SHELBY BRYAN RAGNER,
            Defendant and Appellant.

_____

ORDER

_____

On motion of appellant, good cause appearing, and with no objection

from the State,

IT IS HEREBY ORDERED Appellant is granted an extension of

time until April 1, 2022, in which to prepare, file, and serve his

opening brief in this matter.

DATED: _____


                                        _____
                                        Chief Justice


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2022